| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

Plaintiff,

v.

THINH Q. LE,
aka THINH QUOZ LE,
aka PETER QUOC LE,

Defendant(s).
_____/

SUMMONS IN A CIVIL ACTION

Case Number:

C 08 3091 SLM

E-filing

TO: (Name and Address of Defendant)

THINH Q. LE,
aka THINH QUOZ LE,
aka PETER QUOC LE,
2609-13TH AVENUE
OAKLAND, CA 94606

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK                                                    DATE

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THINH Q. LE,<br>aka THINH QUOZ LE,<br>aka PETER QUOC LE,<br><br>Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 08 3091 SLM<br><br>E-filing |

TO: (Name and Address of Defendant)

    THINH Q. LE,
    aka THINH QUOZ LE,
    aka PETER QUOC LE,
    2609-13TH AVENUE
    OAKLAND, CA 94606

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING          7/1/08
CLERK                                           DATE

GINA AGUSTINE-RIVAS

BY DEPUTY CLERK